### WILLIAMS agt. CARVER

John Williams of Scituate plaint. ag[t] Robert Carver of Boston Defend[t] in an action of debt of twelue pounds in mony due by bill under his hand bearing date the. 22[d] of February in the year. 1675. with all other due damages according to attachm[t] dat[d] January. 22[d] 1676. . . . The Jury . . . found for the plaintife twelue pounds mony and costs of Court allow[d] thirty three Shillings two pence.

### WILLIAMS agt. CARVER

John Williams of Scituate plaint. ag[t] Robert Carver of Boston Defend[t] in an action of the case for that the s[d] Carver hath not delivered to the s[d] Williams a Shallop named the John & Daniel with all such Furniture as hee received with her according to his receipt & obligation under his hand to doe bearing date the .27[th] of February 1675. which is to the plaintif's damage about Forty pound and all other due damages according to attachm[t] dat[d] January. 22[d] 1676. . . . The Jury . . . found for the plaintife his Shallop with all such Furniture as the Defend[t] received with her according to his receipt & obligation to bee delivered within two months next following and in default thereof to pay Forty pounds & costs of Court allow[d] Fifty Six Shillings eight pence.

### OUGHTRED ag[t] COLLACOTT

Charles Oughtred Attourny to m[r] Tho: Thacher Sen[r] & Margaret his wife plaint. ag[t] Rich[d] Collacot Defend[t] The plaint. withdrew his action.